IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                                                        )

Felicia Sullivan Fugghett                          ) Chapter 13 Case No. 25-10057

    Debtor(s)                                              )

MOTION TO CONTINUE STAY PURSUANT TO 11 USC SECTION
362(c)(3)(B) AS TO ALL CREDITORS

COMES NOW Felicia Sullivan Fugghett, by and through attorney of record, AND REQUEST A HEARING IMMEDIATELY UPON FILING OF THIS MOTION TO SHOW GOOD CAUSE.

Debtor's prior case, 23-10375, was filed on May 19, 2023 and dismissed on February 7, 2024. Total household income in prior case was approximately $2,878.68 with 2 in the household. The total expenses at the time of filing were approximately $2,109.08 leaving disposable income to fund plan payments. Debtor paid in a total of $3,909.18 during prior case. Debtor's job changed. The new job was not deducting payments at all from her salary at first and then was not deducting properly. Debtor became delinquent and then totaled her vehicle and voluntarily dismissed her case.

Debtor is working and net household income is approximately $3,207.00 and household expenses for a family of 1 of $2,462.00 leaving disposable income to fund the plan payments of $745.00 per month. Debtor is able to fund this Chapter 13 payment and support household.

This case is filed in good faith.

DATED this 29th day of January, 2025.

                                            s/Angela McElroy-Magruder
                                            Angela McElroy-Magruder
                                            GA Bar No. 113625

CLAEYS MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta GA 30901
(706)724-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE:                                         )

Felicia Sullivan Fugghett          ) CH 13 CASE NO.   25-10057

    DEBTOR
                                                   )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing by Electronic mail as follows:

      Huon Le
      Chapter 13 Trustee
      notices@chp13aug.org
      570 James Brown Blvd
      Augusta GA 30901

This 31st day of January, 2025.

                                          s/Angela McElroy-Magruder
                                          Angela McElroy-Magruder
                                          Georgia Bar #113625

CLAEYS MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA  30901
706-724-6000