# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Felicia Sullivan Fugghett,**<br>    Debtor. | Case No.: 25–10057–SDB<br>Judge: Susan D. Barrett<br>Chapter: 13 |

## NOTICE OF HEARING ON MOTION TO EXTEND STAY

On January 31, 2025, the Debtor(s) filed a/an **Motion to Extend Stay** and shows the following:

Debtor's prior case, 23–10375, was filed on May 19, 2023 and dismissed on February 7, 2024. Total household income in prior case was approximately $2,878.68 with 2 in the household. The total expenses at the time of filing were approximately $2,109.08 leaving disposable income to fund plan payments. Debtor paid in a total of $3,909.18 during prior case. Debtor's job changed. The new job was not deducting payments at all from her salary at first and then was not deducting properly. Debtor became delinquent and then totaled her vehicle and voluntarily dismissed her case.

Debtor is working and net household income is approximately $3,207.00 and household expenses for a family of I of $2,462.00 leaving disposable income to fund the plan payments of $745.00 per month. Debtor is able to fund this Chapter 13 payment and support household.

This case is filed in good faith.

**Objections to the Motion shall be filed with the Court on or before February 18, 2025, with a copy to the Attorney for the Debtor(s):**

**Angela McElroy–Magruder**
**Claeys, McElroy–Magruder & Kitchens**
**512 Telfair Street**
**Augusta, GA 30901**

A hearing to consider any timely objections will be held on:

*February 24, 2025, at 10:30 AM*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

**Failure to file a written objection on or before the deadline indicated above will result in an order approving the motion as filed and the matter will be removed from the calendar.**

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **February 3, 2025**

*B–69 [Rev. 11/23]* **CMT**