IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FELICIA SULLIVAN FUGGHETT, | * | CHAPTER 13 CASE NO. 25-10057-SDB |
| | * | |
| Debtor. | * | |
| | | |
| RONALD J. SALMOND and | * | |
| IRAIDA D. SALMOND, | * | |
| Movants, | * | |
| | * | |
| v. | * | |
| | * | |
| FELICIA SULLIVAN FUGGHETT, | * | |
| Debtor; and HUON LE, Trustee. | * | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, Ronald J. Salmond and Iraida D. Salmond ("Movants") and move the Court to lift the automatic stay of 11 U.S.C. 362 as follows:

1. The Debtor filed its voluntary petition for relief under on January 31, 2025 (the "Petition Date").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 362.

3. The Debtor is indebted to Movants under a residential lease agreement entered into between the parties for real property located at 3521 Pebble Creek Drive, Hephzibah, Georgia 30815.

, 4. Movants are the landlords under the lease agreement and Debtor has rejected the lease under the proposed plan.

5. Debtor has no equity in in the lease agreement.

6. Movant does not have adequate protection for its claim.

WHEREFORE, Movant prays that this Court:

(a) Modify the Automatic Stay of 11 U.S.C. Section 362(a) to permit Movant to enforce its rights under Georgia law and the residential lease agreement above including but not limited to any non-bankruptcy remedies to obtain an order of eviction against Debtor;

(b) Allow Movant a commercially reasonable amount of time to file a claim, if appropriate;

(c) Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case; and

(d) Grant Movant such other and further relief as the Court deems just and proper.

This 5th day of February, 2025.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com
Attorney for Movants

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
|    FELICIA SULLIVAN FUGGHETT, | * | CHAPTER 13 CASE NO. 25-10057-SDB |
| | * | |
|    Debtor. | * | |

| | |
|---|---|
| RONALD J. SALMOND and | * |
| IRAIDA D. SALMOND, | * |
|    Movants, | * |
| | * |
| v. | * |
| | * |
| FELICIA SULLIVAN FUGGHETT, | * |
| Debtor; and HUON LE, Trustee. | * |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of the within and foregoing Motion for Relief from Stay to be served upon the following by having a copy of same placed in the United States Mail with sufficient postage to insure delivery and addressed as follows:

HUON LE
Chapter 13 Trustee
notices@chp13aug.org
570 James Brown Blvd.
Augusta, GA 30901

Angela McElroy-Magruder
512 Telfair St.
Augusta, GA 30901

This 5th day of February, 2025.

                                              /s/ Nathan E. Huff
                                              Nathan E. Huff
                                              Ga. Bar No. 773611
                                              nhuff@cwhllp.com
                                              Attorney for Movants

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995