IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| FELICIA SULLIVAN FUGGHETT, | ) | |
| | ) | CASE NO. 25-10057-SDB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| RONALD J. SALMOND and | ) | |
| IRAIDA D. SALMOND, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA SULLIVAN FUGGHETT | ) | |
| Debtor, and HOUN LE, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

## OBJECTION TO MOTION TO EXTEND STAY

COME NOW, Movants, Ronald J. Salmond and Iraida D. Salmond and object to Debtor's

Motion to Extend Automatic Stay filed by Debtor.

1. Movants are the owners of property located at 3521 Pebble Creek Drive, Hephzibah,

   GA 30815.

2. Movants filed a motion for relief from stay in this case on February 5, 2025 requesting

   the Court to lift stay regarding the lease between Movants and Debtor.

3. This appears to be Debtor's fourth bankruptcy case.

4. Debtor filed this bankruptcy case on or about the time a hearing was scheduled between Movants and Debtor for her eviction from the rental property owned by Movants.

5. Debtor immediately defaulted on the lease agreement between the parties after signing the lease to begin in November 2024.

6. Movants, as individual landlords, cannot absorb the cost of Debtor failing to make payments nor being prevented from renting the property at issue to another tenant.

7. It appears that Debtor cannot afford the property she inhabits.

8. The stay should not be extended, at least to the Movants.

9. The Magistrate Court of Richmond County, in Civil action No. 954190, ordered a stay of the Movant's dispossessory action due to Debtor's pending bankruptcy case.

10. Debtor, failing to make any payments to Movants, is acting in bad faith by seeking an extension of the automatic stay.

11. Although Debtor shows the rent she owes and being an expense, she has not paid and is not paying any rent.

12. Movants request this Court for an ordering confirming that there is no stay in effect.

This 15th day of February, 2025.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movants
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| FELICIA SULLIVAN FUGGHETT, | ) | |
| | ) | CASE NO. 25-10057-SDB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| RONALD J. SALMOND and | ) | |
| IRAIDA D. SALMOND, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICIA SULLIVAN FUGGHETT | ) | |
| Debtor, and HOUN LE, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day he has filed the foregoing with the Court's

electronic filing system and also mailed copies of the same, by USPS with proper postage attached

thereto, to the following:


Huon Le
Chapter 13 Trustee
570 James Brown Blvd.
Augusta, GA 30901

Angela McElroy-Magruder
512 Telfair St.

Augusta, GA 30901

Felicia Fugghett
213 Lynbriik Way
Grovetown, GA 30813.

    This 15th day of February, 2025.

                             /s/ Nathan E. Huff
                             Nathan E. Huff
                             Ga. Bar No. 773611
                             Attorney for Movants
                             nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995